## VAUGHT et al. v. JONES et al.

(Motion No. 8761; No. 1073—5279.)

Commission of Appeals of Texas, Section B.
Oct. 23, 1929.

For former opinion, see 17 S.W.(2d) 779, which affirmed 8 S.W.(2d) 800.

Fitzgerald & Hatchitt, of Wichita Falls, for plaintiffs in error.

George S. Berry and Penix & Penix, all of Graham, for defendants in error.

SPEER, J. The point is not raised in the plaintiff in error's motion for rehearing, but it has come to our attention that the writ was improvidently granted, since the judgment complained of is not a final judgment so as to give the Supreme Court jurisdiction.

It is well settled that the judgment of the trial court upon a plea of privilege is not that final judgment which will give the Supreme Court jurisdiction upon a writ of error. Lowry v. State (Tex. Com. App.) 258 S. W. 471, and authorities cited.

We therefore recommend that the opinion [17 S.W.(2d) 779] heretofore rendered in this case be withdrawn and that the writ of error heretofore granted be dismissed.

CURETON, C. J. Motion for rehearing granted, and writ of error dismissed for want of jurisdiction, as recommended by the Commission of Appeals.